So Ordered.

Dated: December 10, 2021



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | December 7, 2021 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 20-25509 |
| DEBTOR: | Michael L. Galesky |
| ADV. PROC. NO.: | 20-2146 |
| PLAINTIFF: | WiscTex, LLC |
| DEFENDANT: | Michael L. Galesky |
| NATURE OF HEARING: | Scheduling hearing |
| APPEARANCES: | No appearance for plaintiff |
| | Bryan Becker, appearing for the defendant |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court held a hearing to reschedule the trial, as requested by the plaintiff's counsel. Plaintiff's counsel did not appear. For the reason's stated in plaintiff's motion, however, the pretrial order is amended and IT IS HEREBY ORDERED as follows:

1. A trial will be held on January 13, 2022, and January 14, 2022, beginning each day at 10:00 a.m. in the United States Courthouse, Room 133, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202. The December 13, 2021, final pretrial hearing is canceled.

2. On or before January 6, 2022, defendant must:
    a. file a pretrial report that at a minimum identifies (i) the defendant's response to the issues that will be tried, (ii) the burdens of proof; (iii) the

elements of any defenses on which defendant intends to rely, (iv) witnesses that defendant intends to call at the trial, and (v) a list of all exhibits that defendant contemplates using at trial.
   b. file and exchange with plaintiff copies of exhibits that he contemplates using at the trial; exhibits should be numbered as described in the procedures posted on the court's website at [https://www.wieb.uscourts.gov/content/judge-g-michael-halfenger-chief-judge](https://www.wieb.uscourts.gov/content/judge-g-michael-halfenger-chief-judge).
   c. include in the list of witnesses that defendant intends to call at trial a brief summary of the testimony each witness will provide at the trial (including for any witness expected to present evidence under Federal Rule of Evidence 702, 703, or 705, the subject matter on which the witness is expected to present that evidence, and a summary of the facts and opinions to which the witness is expected to testify).

3. Plaintiff must file any reply to defendant's pretrial report no later than January 11, 2022.

4. The failure to identify and exchange an exhibit or identify an issue or witness will result in exclusion of the exhibit, proof of the issue, or witness, except upon a showing that the failure was substantially justified or harmless.

5. Counsel for each party (unless not represented by counsel) **and** each party or a party representative must appear in person at the adversary trial, unless excused by the court in advance.

6. Failure to comply with the deadlines set in this order may result in the court taking adverse action against the non-compliant party without further notice or a hearing.

7. Unless the parties stipulate to the admission of an expert report, the expert will be expected to testify. If the parties stipulate to the admission of an expert report, the offering party must file the expert report as an exhibit; the court will treat the expert report as the direct testimony of that party's expert, unless the opposing

party's pretrial report states an objection to that treatment.

8. To expedite the proceedings, the parties must bring paper copies of all exhibits to the evidentiary hearing. They should have sufficient sets for use by the court and witnesses. The sets for use by the witness and the court must include the ECF filing stamp on each page. The parties are responsible for having their own copies of each exhibit. Regardless of the parties' use of paper exhibits during the evidentiary hearing, the official record exhibits will be those filed on the electronic docket, unless the court otherwise orders.

9. This hearing will not be rescheduled absent good cause and written order of the court

#####