# Hanson & Payne, LLC

Attorneys at Law
740 N. James Lovell St.
Milwaukee, Wisconsin 53233
www.hansonpayne.com

Drafter's contact information:
Bryan M. Becker
Phone: (414) 271-4550
Fax: (414) 435-0239
e-mail: bbecker@hansonpayne.com

**January 10, 2022**

**<u>Via ECF Only</u>:**
Honorable G. Michael Halfenger
United States Bankruptcy Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 140
Milwaukee, WI 53202

RE:    *WiscTex, LLC v. Michael L. Galesky*
         Adversary Proceeding No.: 20-02146

Dear Judge Halfenger:

This correspondence is being submitted in accordance with the Court's order of January 7, 2022 (the "Order"). In accordance with the Order, it is Michael Galesky's preference that the trial in the above-referenced matter be conducted via videoconference as scheduled on January 13 and 14.

Although there are a number of potential witnesses that have been identified by the plaintiff, Galesky believes that that proceeding with trial as scheduled will be beneficial. To the extent that witnesses have been subpoenaed for trial, they will be further inconvenienced by having accommodated their schedules to allow for appearance at trial this week, only to have to disrupt their schedules by having to block off additional time. Further, certain of the witnesses identified in the pretrial reports have had their depositions conducted by remote means in this case or are in positions where use of videoconference technology should not be foreign to them. In addition, the use of video conferencing will streamline the presentation of exhibits by allowing all parties to reference exhibits on screens, as they are being referenced, which will streamline the presentation of evidence in this matter.

As recently as January 6, 2022, counsel for WiscTex suggested that the trial take place via videoconference due to potential travel disruptions due to COVID. This morning, I reached out to WiscTex's counsel to inquire whether she remained willing to conduct the trial by videoconference. Counsel responded by stating that she no longer believed that the trial should be conducted by videoconference but has travel and accommodations arranged for the scheduled trial date. Accordingly, the parties and their counsel could feasibly appear in-person for trial, with witnesses appearing via videoconference.

In the event that the Court decides to reschedule the trial in this matter, Galesky or his counsel will not be available March 8, 10 or 11.

Honorable G. Michael Halfenger
January 10, 2022
Page 2 of 2

In the event that the Court wishes to hold a telephone conference on the matter, I can be available any time the Court finds convenient on January 11 or 12.

Very Truly Yours,

Bryan M. Becker

BMB/st
Enclosure

cc: All parties receiving ECF notices