IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| MICHAEL L. GALESKY | § | CASE NO. 20-25509-GMH-7 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| WISCTEX, LLC | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | |
| MICHAEL L. GALESKY | § | ADV. CASE NO. 20-02146 |
| | § | |
| Debtor. | § | |

## SWORN DECLARATION OF LAURANCE C. BOYD

1.      "My name is Laurance C. Boyd. I am over the age of 18 years, of sound mind, and am competent and otherwise qualified to make this Declaration. I have personal knowledge of the matters stated herein and they are all true and correct.

2.      I am a law clerk working for the law firm of Joyce W. Lindauer Attorney, PLLC.

3.      In an effort to have subpoenas served on Bruce Fuller and Belinda Galesky-Fuller in the instant bankruptcy case, I had several communications with Paige Braddock, a representative of Special Delivery, a company that specializes in serving law suits and subpoenas.

4.      I received several progress reports on attempts at serving both Bruce Fuller and Belinda Fuller that indicated that a process server hired by Special Delivery attempted to serve subpoenas at their shared residence located at 313 South Marshall Avenue, Jefferson, Wisconsin 53549 on four (4) separate occasions, specifically on March 4, 2022 at 6:34 p.m., March 5, 2022 at 11:30 a.m., March 7, 2022 at 8:25 p.m., and on March 8, 2022 at 6:10 p.m. Copies of those reports (four for Bruce Fuller and four for Belinda Galesky-Fuller) are attached hereto as **Exhibits**

Case 20-02146-gmh    Doc 62    Filed 03/16/22    Page 1 of 18

"1," "2," "3," "4," "5," "6," "7" and "8." A copy of the process server's summary of those service attempts and his associated notes for each attempt is attached hereto as **Exhibit "9."**

5. The reports mentioned that the process server left both a written note and a voicemail for the Fullers indicating that we were attempting to serve subpoenas on them, but that the Fullers never contacted the process server. The process server noted on one occasion that a vehicle with a license plate bearing the name "Linda" was present at the residence, while on another, both the upstairs and downstairs interior lights were turned on.

6. On March 15, 2022, I contacted Ms. Braddock by email and requested that she have the process server make another attempt at the residence at 6:00 a.m. on March 16, 2022. If service was unsuccessful at that time, then she was to have the process server attempt service at their shared place of business at Century 21 Integrity Group located at 238 South Main Street, Jefferson, Wisconsin 53549.

7. On March 16, 2022, I received reports that the attempt to serve both Bruce Fuller and Belinda Fuller at their residence that morning was unsuccessful. The report indicated that someone was present at the house but would not answer the door. The photograph of the residence taken by the process server shows that a vehicle was present at the time of attempted service. Copies of those reports from the process server for his attempts to serve the subpoenas on Bruce Fuller and Belinda Galesky-Fuller are attached hereto as **Exhibits "10"** and **"11."** The separate report from Paige Braddock with the included photograph is attached hereto as **Exhibit "12."**

8. At approximately 3:00 p.m. on March 16, 2022, I called Century 21 Integrity Group to speak with both Bruce Fuller and Belinda Galesky-Fuller, but the receptionist indicated that neither of them was present. She indicated that I should try them on their cellphones, and she provided me the cellphone numbers for both. I immediately called both Bruce Fuller and Belinda

Galesky-Fuller at the numbers provided. Neither answered, so I left voicemails for them wherein I identified myself as a law clerk working for the law firm of Joyce W. Lindauer, that she represented WiscTex, LLC in the adversary proceeding associated with the instant bankruptcy case, that our firm had been attempting to serve subpoenas on both, and that Ms. Lindauer intended to call them as witnesses in these proceedings that were to be held at the U.S. Federal Courthouse located at 517 East Wisconsin Avenue, Room 133, Milwaukee, Wisconsin 53202 beginning at 10:00 a.m. on March 17, 2022.

9.      At 4:30 p.m., I again called both Bruce Fuller and Belinda Galesky-Fuller at their cellphone numbers, but again neither of them answered. I left another voicemail containing the same information as before. At the time of filing of this declaration, neither Bruce Fuller nor Belinda Galesky-Fuller had responded to my request for them to return my calls.

10.      I declare under penalty of perjury that the statements contained herein are within my personal knowledge and are true and correct."

Executed this _16th_ day of __MARCH__ ,2022.

_____
Laurance C. Boyd

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Wednesday, March 9, 2022 4:01 PM |
| **To:** | Austin Taylor |
| **Subject:** | Process Update - Not Available - BELINDA GALESKY-FULLER  - Reference: GALESKY |

## AUSTIN TAYLOR,



### An important update below!

**Special Delivery Process Serving Update:**

Order Number: 0630147

Attempted: 03/04/22 at 6:34 PM

**1st Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

**SERVICE REQUESTED BY:**

AUSTIN TAYLOR
JOYCE W LINDAUER ATTY
ACCOUNT: 9725034033

**PROCESS SERVICE RECIPIENT:**

BELINDA GALESKY-FULLER
313 SOUTH MARSHALL AVE
JEFFERSON, WI 53549

**ADDITIONAL INFORMATION:**

Order Placed: 03/04/22 at 9:41 AM
Type: Nationwide Immediate Process
Serving

**SERVICE CONTACT:**

Paige Braddock
Direct: 214-866-3262
Paige.Braddock@SpecialDelivery.com

Special Delivery (214) 866-3270                    www.SpecialDelivery.com



EXHIBIT

1

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Wednesday, March 9, 2022 3:59 PM |
| **To:** | Austin Taylor |
| **Subject:** | Process Update - Not Available - BRUCE FULLER       - Reference: GALESKY |

## AUSTIN TAYLOR,



### An important update below!

**Special Delivery Process Serving Update:**

Order Number: 0630161

Attempted: 03/04/22 at 6:34 PM

**1st Attempt - No Answer / Not Available or Closed**

The next attempt to complete this service will be made shortly.

**SERVICE REQUESTED BY:**

AUSTIN TAYLOR
JOYCE W LINDAUER ATTY
ACCOUNT: 9725034033

**PROCESS SERVICE RECIPIENT:**

BRUCE FULLER
313 SOUTH MARSHALL AVE
JEFFERSON, WI 53549

**ADDITIONAL INFORMATION:**

Order Placed: 03/04/22 at 9:41 AM
Type: Nationwide Discount Process
Serving

**SERVICE CONTACT:**

Paige Braddock
Direct: 214-866-3262
Paige.Braddock@SpecialDelivery.com

Special Delivery (214) 866-3270          www.SpecialDelivery.com



EXHIBIT

2

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Wednesday, March 9, 2022 4:01 PM |
| **To:** | Austin Taylor |
| **Subject:** | Process Update - Not Available - BELINDA GALESKY-FULLER      - Reference: GALESKY |

## AUSTIN TAYLOR,



### An important update below!

**Special Delivery Process Serving Update:**

Order Number: 0630147

Attempted: 03/05/22 at 11:30 AM

**2nd Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

**SERVICE REQUESTED BY:**

AUSTIN TAYLOR
JOYCE W LINDAUER ATTY
ACCOUNT: 9725034033

**PROCESS SERVICE RECIPIENT:**

BELINDA GALESKY-FULLER
313 SOUTH MARSHALL AVE
JEFFERSON, WI 53549

**ADDITIONAL INFORMATION:**

Order Placed: 03/04/22 at 9:41 AM
Type: Nationwide Immediate Process
Serving

**SERVICE CONTACT:**

Paige Braddock
Direct: 214-866-3262
Paige.Braddock@SpecialDelivery.com

**Special Delivery (214) 866-3270**

**www.SpecialDelivery.com**



EXHIBIT

3

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Wednesday, March 9, 2022 3:59 PM |
| **To:** | Austin Taylor |
| **Subject:** | Process Update - Not Available - BRUCE FULLER          - Reference: GALESKY |

## AUSTIN TAYLOR,

**An important update below!**



### Special Delivery Process Serving Update:

Order Number: 0630161

Attempted: 03/05/22 at 11:30 AM

**2nd Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

**SERVICE REQUESTED BY:**

AUSTIN TAYLOR
JOYCE W LINDAUER ATTY
ACCOUNT: 9725034033

**PROCESS SERVICE RECIPIENT:**

BRUCE FULLER
313 SOUTH MARSHALL AVE
JEFFERSON, WI 53549

**ADDITIONAL INFORMATION:**

Order Placed: 03/04/22 at 9:41 AM
Type: Nationwide Discount Process
Serving

**SERVICE CONTACT:**

Paige Braddock
Direct: 214-866-3262
Paige.Braddock@SpecialDelivery.com

Special Delivery (214) 866-3270                 www.SpecialDelivery.com



EXHIBIT

4

**Laurance Boyd**

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Wednesday, March 9, 2022 4:01 PM |
| **To:** | Austin Taylor |
| **Subject:** | Process Update - Not Available - BELINDA GALESKY-FULLER    - Reference: GALESKY |

## AUSTIN TAYLOR,

**An important update below!**



---

**Special Delivery Process Serving Update:**

Order Number: 0630147

Attempted: 03/07/22 at 8:25 PM

**3rd Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

---

**SERVICE REQUESTED BY:**

AUSTIN TAYLOR
JOYCE W LINDAUER ATTY
ACCOUNT: 9725034033

**PROCESS SERVICE RECIPIENT:**

BELINDA GALESKY-FULLER
313 SOUTH MARSHALL AVE
JEFFERSON, WI 53549

---

**ADDITIONAL INFORMATION:**

Order Placed: 03/04/22 at 9:41 AM
Type: Nationwide Immediate Process
Serving

**SERVICE CONTACT:**

Paige Braddock
Direct: 214-866-3262
Paige.Braddock@SpecialDelivery.com

---

**Special Delivery (214) 866-3270**                    www.SpecialDelivery.com



EXHIBIT

*5*

tabbies

1

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Wednesday, March 9, 2022 3:59 PM |
| **To:** | Austin Taylor |
| **Subject:** | Process Update - Not Available - BRUCE FULLER        - Reference: GALESKY |

## AUSTIN TAYLOR,

**An important update below!**



### Special Delivery Process Serving Update:

Order Number: 0630161

Attempted: 03/07/22 at 8:25 PM

**3rd Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

**SERVICE REQUESTED BY:**

AUSTIN TAYLOR
JOYCE W LINDAUER ATTY
ACCOUNT: 9725034033

**PROCESS SERVICE RECIPIENT:**

BRUCE FULLER
313 SOUTH MARSHALL AVE
JEFFERSON, WI 53549

**ADDITIONAL INFORMATION:**

Order Placed: 03/04/22 at 9:41 AM
Type: Nationwide Discount Process
Serving

**SERVICE CONTACT:**

Paige Braddock
Direct: 214-866-3262
Paige.Braddock@SpecialDelivery.com

Special Delivery (214) 866-3270                    www.SpecialDelivery.com



EXHIBIT

6

**Laurance Boyd**

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Tuesday, March 8, 2022 6:05 PM |
| **To:** | Austin Taylor |
| **Subject:** | Process Update - Attempted - BELINDA GALESKY-FULLER - Reference: GALESKY |

## AUSTIN TAYLOR,



**An important update below!**

### Special Delivery Process Serving Update:

Order Number: 0630147

Updated: 03/08/22 at 6:05 PM

**Attempts have been made to serve subject.**

**The next attempt to complete this service will be made shortly.**

**SERVICE REQUESTED BY:**

AUSTIN TAYLOR
JOYCE W LINDAUER ATTY
ACCOUNT: 9725034033

**PROCESS SERVICE RECIPIENT:**

BELINDA GALESKY-FULLER
313 SOUTH MARSHALL AVE
JEFFERSON, WI 53549

**ADDITIONAL INFORMATION:**

Order Placed: 03/04/22 at 9:41 AM
Type: Nationwide Immediate Process
Serving

**SERVICE CONTACT:**

Paige Braddock
Direct: 214-866-3262
Paige.Braddock@SpecialDelivery.com

Special Delivery (214) 866-3270          www.SpecialDelivery.com



EXHIBIT

7

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Tuesday, March 8, 2022 6:04 PM |
| **To:** | Austin Taylor |
| **Subject:** | Process Update - Attempted - BRUCE FULLER        - Reference: GALESKY |

## AUSTIN TAYLOR,



**An important update below!**

### Special Delivery Process Serving Update:

Order Number: 0630161

Updated: 03/08/22 at 6:04 PM

**Attempts have been made to serve subject.**

**The next attempt to complete this service will be made shortly.**

| **SERVICE REQUESTED BY:** | **PROCESS SERVICE RECIPIENT:** |
|---|---|
| AUSTIN TAYLOR | BRUCE FULLER |
| JOYCE W LINDAUER ATTY | 313 SOUTH MARSHALL AVE |
| ACCOUNT: 9725034033 | JEFFERSON, WI 53549 |

| **ADDITIONAL INFORMATION:** | **SERVICE CONTACT:** |
|---|---|
| Order Placed: 03/04/22 at 9:41 AM | Paige Braddock |
| Type: Nationwide Discount Process | Direct: 214-866-3262 |
| Serving | Paige.Braddock@SpecialDelivery.com |

Special Delivery (214) 866-3270                    www.SpecialDelivery.com



EXHIBIT

**8**

tabbies

**Laurance Boyd**

---

| | |
|---|---|
| **From:** | Paige Braddock <Paige.Braddock@specialdelivery.com> |
| **Sent:** | Wednesday, March 9, 2022 4:04 PM |
| **To:** | Austin Taylor |
| **Subject:** | Re: BELINDA GALESKY-FULLER     - Reference: GALESKY - Order Number: 0630147 and 0630161 |

## Greetings AUSTIN TAYLOR,

*Here is the servers attempt details:*

03/08/2022 6:10 PM Attempted service at 313 South Marshall Ave., Jefferson, WI, no answer at door, no vehicles, package addressed to subject and Belinda at door, Neighbor states subject and Belinda work at "Century 21".
03/07/2022 8:25 PM Attempted service at 313 South Marshall Ave., Jefferson, WI, no answer at door, no vehicles, blinds closed, interior lights on upstairs and downstairs.
03/05/2022 11:30 AM Attempted service at 313 South Marshall Ave., Jefferson, WI 53549, no answer at door, blinds closed, vehicle(s) on driveway, tagged LINDA. Folded note from previous attempt still taped in place. Called 262-949-0023 and got an anonymous voicemail. Left a voicemail and text message at that number.
03/04/2022 6:34 PM Attempted service at 313 South Marshall Ave., Jefferson, WI 53549, no answer at door, left folded note and voicemail.

*Please advise on how to proceed for the server has exhausted all attempts.*

**In regard to the service listed below:**

**PROCESS SERVICE RECIPIENT:**
**BELINDA GALESKY-FULLER**
**313 SOUTH MARSHALL AVE**
**JEFFERSON, WI 53549**

**Thank you!**

**Paige Braddock**
**Special Delivery Service, Inc.**
**214-866-3262**
**Paige.Braddock@SpecialDelivery.com**



EXHIBIT

9

## Laurance Boyd

**From:**      Special Delivery <ProcessDept@SpecialDelivery.com>
**Sent:**      Wednesday, March 16, 2022 11:29 AM
**To:**        Austin Taylor
**Subject:**   Process Update - Not Available - BELINDA GALESKY-FULLER        - Reference: GALESKY

## AUSTIN TAYLOR,



**An important update below!**

### Special Delivery Process Serving Update:

Order Number: 0740480

Attempted: 03/16/22 at 7:41 AM

**1st Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

| SERVICE REQUESTED BY: | PROCESS SERVICE RECIPIENT: |
|---|---|
| AUSTIN TAYLOR | BELINDA GALESKY-FULLER |
| JOYCE W LINDAUER ATTY | 313 SOUTH MARSHALL AVE |
| ACCOUNT: 9725034033 | JEFFERSON, WI 53549 |

| ADDITIONAL INFORMATION: | SERVICE CONTACT: |
|---|---|
| Order Placed: 03/15/22 at 5:44 PM | Paige Braddock |
| Type: Nationwide Serving - Additional | Direct: 214-866-3262 |
| Paper | Paige.Braddock@SpecialDelivery.com |

**Special Delivery (214) 866-3270**                    **www.SpecialDelivery.com**



EXHIBIT

tabbies

_10_

---

| | |
|---|---|
| **From:** | Special Delivery <ProcessDept@SpecialDelivery.com> |
| **Sent:** | Wednesday, March 16, 2022 11:29 AM |
| **To:** | Austin Taylor |
| **Subject:** | Process Update - Not Available - BRUCE FULLER          - Reference: GALESKY |

## AUSTIN TAYLOR,



**An important update below!**

### Special Delivery Process Serving Update:

Order Number: 0740479

Attempted: 03/16/22 at 7:41 AM

**1st Attempt - No Answer / Not Available or Closed**

**The next attempt to complete this service will be made shortly.**

**SERVICE REQUESTED BY:**

AUSTIN TAYLOR
JOYCE W LINDAUER ATTY
ACCOUNT: 9725034033

**PROCESS SERVICE RECIPIENT:**

BRUCE FULLER
313 SOUTH MARSHALL AVE
JEFFERSON, WI 53549

**ADDITIONAL INFORMATION:**

Order Placed: 03/15/22 at 5:44 PM
Type: Nationwide Immediate Process
Serving

**SERVICE CONTACT:**

Paige Braddock
Direct: 214-866-3262
Paige.Braddock@SpecialDelivery.com

---

**Special Delivery (214) 866-3270**          **www.SpecialDelivery.com**



EXHIBIT

**11**

**Laurance Boyd**

From:        Laurance Boyd
Sent:        Wednesday, March 16, 2022 5:39 PM
To:          Laurance Boyd
Subject:     FW: Wisctex v. Galesky - Affidavit concerning inability to serve subpoenas on Bruce
             Fuller and Belinda Fuller

From: Paige Braddock <Paige.Braddock@specialdelivery.com>
Sent: Wednesday, March 16, 2022 1:09 PM
To: Laurance Boyd <larry@joycelindauer.com>
Cc: Joyce Lindauer <joyce@joycelindauer.com>
Subject: RE: Wisctex v. Galesky - Affidavit concerning inability to serve subpoenas on Bruce Fuller and Belinda Fuller

*Larry,*

*Here is the servers attempt details from this morning along with the picture the server provided at the time of attempting:* There is 2 notices on the door from the previous process server. There is someone in the house but will not answer the door.





Yes the server didn't
make it at the time
requested but there was
someone in the home
and woulnt open the
door.

I have not got a n
update on service has of
yet on the Work address
but I have tried to call
the server to an update
but the are out of the
office at this time. I left
a voicemail requeasting
them to call me or ot sen
d me an update on
service.

*Also wanted to let you know when I sent the order out for service I found 2 pictures of the Fullers and send them to the server to help them know who they are trying to serve.*

*Thanks,*
*Paige Braddock*



**Paige Braddock**
**Direct: (214) 866-3262   Fax: (214) 866-3275**
**Email:** Paige.Braddock@SpecialDelivery.com
**5470 L B J Frwy, Suite 100 • Dallas, Texas 75240 •** SpecialDelivery.com

---

**From:** Laurance Boyd <larry@joycelindauer.com>
**Sent:** Wednesday, March 16, 2022 1:00 PM
**To:** Paige Braddock <Paige.Braddock@specialdelivery.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>
**Subject:** RE: Wisctex v. Galesky - Affidavit concerning inability to serve subpoenas on Bruce Fuller and Belinda Fuller

Paige:

Apparently, the attempt to serve the Fullers this morning was late… They were supposed to be there at 6:00 am, but didn't attempt service until 7:41, so they missed them at the home.  Has any attempt been made at their place of business?  Please provide an update.

If the process server misses them at work, we would like another attempt to be made at the residence tonight at 9:00 pm.  I'll need an immediate update on that attempt as well because the trial begins tomorrow morning at 10:00 in Milwaukee.

Sincerely,
Larry Boyd

**Laurance C. Boyd, J.D., M.I.M., M.B.A.**
-   *Law Clerk*

*Joyce W. Lindauer, Attorney, P.L.L.C.*
*1412 Main Street, Suite 500*
*Dallas, TX 75201*
*Tel:   (972) 503-4033*
*Fax:   (972) 503-4034*
*clerk1@joycelindauer.com*



JOYCE
LINDAUER
Attorney at Law
And Mediator

*This electronic mail transmission contains information which is confidential or privileged. The information is intended to be for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited and may be punishable by law. If you have received this electronic mail in error, please notify the sender and delete the electronic mail from your computer immediately.*

**From:** Paige Braddock <Paige.Braddock@specialdelivery.com>
**Sent:** Tuesday, March 15, 2022 5:05 PM
**To:** Joyce Lindauer <joyce@joycelindauer.com>; Laurance Boyd <larry@joycelindauer.com>
**Subject:** RE: Wisctex v. Galesky - Affidavit concerning inability to serve subpoenas on Bruce Fuller and Belinda Fuller

**Joyce and Laurance,**

**I have reached out the process server company that we used and they do not do Surveillance.**

**However I'm am reaching out to other servers to see if I can find someone to honor your request for tomorrow.**

**I will let Mr. O'Donnell know he is needing to provide a testimony on 3/17/22.**

*Thanks,*
*Paige Braddock*



Paige Braddock
Direct: (214) 866-3262   Fax: (214) 866-3275
Email: Paige.Braddock@SpecialDelivery.com
5470 L B J Frwy, Suite 100 • Dallas, Texas 75240 • SpecialDelivery.com

**From:** Joyce Lindauer <joyce@joycelindauer.com>
**Sent:** Tuesday, March 15, 2022 4:59 PM
**To:** Laurance Boyd <larry@joycelindauer.com>; Paige Braddock <Paige.Braddock@specialdelivery.com>
**Subject:** RE: Wisctex v. Galesky - Affidavit concerning inability to serve subpoenas on Bruce Fuller and Belinda Fuller

We need 100% effort on this assignment – thank you